UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS ROBERTO DE ANDRADE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ANTONE MONIZ, et al., ) <br> ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. <br> 25-cv-12455-FDS |

### ORDER CONCERNING STATUS REPORT

**SAYLOR, J.**

  Petitioner Carlos Roberto De Andrade, an immigration detainee being held at the Plymouth County Correctional Facility, has filed a petition for a writ of habeas corpus contending that his detention violates the laws and Constitution of the United States. Respondents contend petitioner is held lawfully under 8 U.S.C. § 1225(b)(1)(B)(iii)(IV) while he pursues a claim of credible fear of persecution.

  According to respondents, Immigration and Customs Enforcement referred petitioner's case to U.S. Citizenship and Immigration Services for a credible-fear interview, which is scheduled to occur on September 18, 2025. (Resp'ts Opp'n to Pet. Writ Habeas Corpus 7). Petitioner has also requested a custody-redetermination hearing before an Immigration Judge. *Id.* The requested hearing is scheduled for September 18, 2025. *Id.*

  Because the determinations resulting from the September 18 interview and hearing may materially affect the outcome of this proceeding, the Court would like to be apprised promptly of any such determinations. Accordingly, respondents shall, on or before the close of business

Monday, September 22, 2025, file in writing on the docket a status report concerning petitioner's credible-fear interview and custody-redetermination hearing.  If neither proceeding has yet resulted in any determination, respondents shall so report and shall file an updated status report within 48 hours of any such determination.

**So Ordered.**

|  |  |
|---|---|
| Dated:  September 17, 2025 | /s/  F. Dennis Saylor IV<br>F. Dennis Saylor IV<br>United States District Court Judge |